1  **COX, WOOTTON, GRIFFIN,**
   **HANSEN & POULOS, LLP**
2  Gregory W. Poulos (SBN 88390)
   190 The Embarcadero
3  San Francisco, California 94105
   Telephone No.:  (415) 438-4600
4  Facsimile No.:  (415) 438-4601

5  Attorneys for Plaintiffs
   PACIFIC COAST MARITIME AGENCIES, INC.
6  and CARPENTER RIGGING & SUPPLY
   d/b/a GENERAL ENGINEERING

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 PACIFIC COAST MARITIME          )      Case No.: CV 10-03944 CW
   AGENCIES, INC. and CARPENTER    )
12 RIGGING & SUPPLY d/b/a GENERAL  )      **STIPULATION AND ORDER TO**
   ENGINEERING,                    )      **CONTINUE CASE MANAGEMENT**
13                                 )      **CONFERENCE**
                Plaintiffs,        )
14 v.                              )
                                   )
15 TRANSMAR SHIPPING CO., S.A., and )
   the M/V NEW FORTUNE, *in rem*,   )
16 Dimitrios Dimitrakis, *in personam* )
                                   )
17             Defendants.         )
                                   )
18 _____ )

19

20         WHEREAS the Court has scheduled an initial Case Management Conference for

21 2:00 p.m. today (January 18, 2011); and

22         WHEREAS there has been no appearance by defendant Dimitrios Dimitrakis; and

23         WHEREAS the parties to this action have reached a settlement in principal which

24 will include a dismissal with prejudice of all defendants including defendant Dimitrios

25 Dimitrakis; and

26         WHEREAS the parties desire a short amount of additional time to prepare a formal

27 settlement agreement and release; and

28         WHEREAS the parties desire to avoid incurring any unnecessary time or expense or

1    imposing on the Court's time in a matter in which a settlement agreement has been reached:

2         IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THIS

3    ACTION THAT:

4         1.   The initial Case Management Conference set for January 18, 2011 at 2:00 p.m.

5              may be continued to another date convenient to the Court;

6         2.   The parties will use their best efforts to complete a formal settlement agreement

7              and release by January 21, 2011 and to file a dismissal with prejudice of all

8              parties immediately thereafter.

9         IT IS SO STIPULATED.

10   Dated:  January 18, 2011                    COX, WOOTTON, GRIFFIN,
                                                 HANSEN & POULOS, LLP
11                                               Attorneys for Plaintiffs
                                                 PACIFIC COAST MARITIME AGENCIES,
12                                               INC. and CARPENTER RIGGING &
                                                 SUPPLY d/b/a GENERAL ENGINEERING
13

14

15                                               By: _____
                                                     Gregory W. Poulos
16

17   Dated:  January 18, 2011                    CHALOS, O'CONNOR & DUFFY, LLP
                                                 Attorneys for Defendants
18                                               TRANSMAR SHIPPING CO. S.A., and the
                                                 M/V NEW FORTUNE, *in* rem
19

20

21                                               By: _____
                                                     Brian T. McCarthy
22                                                   (Pro Hac Vice Admission Pending)

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court having reviewed the above Stipulation and Proposed Order, and good cause appearing, the Court hereby ORDERS that the Case Management Conference scheduled for January 18, 2011 at 2:00 p.m. should be and is hereby **vacated.**

IT IS SO ORDERED.


Dated:  January 18, 2011


By

Hon. Claudia Wilken
United States District Judge